**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00433-CV

———————————

**HUMBLE SURGICAL HOSPITAL, LLC, Appellant**

**V.**

**COURTNEY JOHNSON, AS REPRESENTATIVE OF THE ESTATE OF JOHN V. JOHNSON, III, DECEASED AND AS NEXT FRIEND OF MINOR, P.J., B.J. AND K.J., Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-20512**

---

## MEMORANDUM OPINION

Appellant, Humble Surgical Hospital, LLC, has filed an unopposed motion to

dismiss this interlocutory appeal, stating that the parties have now resolved all

claims.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1).  No other party has filed a notice of appeal and no opinion has issued.  *See id.* 42.1(a)(1), (c).

Accordingly, we reinstate this case following the March 10, 2017 Notice Regarding Documents Filed in Case Stayed for Bankruptcy from the Clerk of this Court, grant the appellant's motion, and dismiss the appeal.  *See* TEX. R. APP. P. 8.2, 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Bland.